Case 7:25-cv-00693-KMK Document 50 Filed 08/24/26 Page 1 of 1

DENNIS E. A. LYNCH
ATTORNEY & COUNSELOR AT LAW

For Mailing & Service of Papers
P.O. Box 600
Nyack, New York 10960

Dennislynchesq@gmail.com
845-729-5744

August 24, 2026

VIA PACER

Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr. Federal
Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**Re: 76 Route 6 Holdings Inc. v. Town of Yorktown et al.**
**Civil Action no. 25-cv-0693 (KMK)**

Dear Judge Karas:

This undersigned is Lead Counsel representing Plaintiff 76 Route 6 Holdings Inc. in the above-referenced action. This Letter is submitted on consent of my respected Opposing Counsel and is the first request by the Plaintiff for an extension of time to file Opposition Papers to the Defendants' already filed pending Motion to Dismiss the First Amended Complaint.

This request is made since after the Court set the schedule for submission of papers and after the Defendants filed their Motion to Dismiss, it was confirmed that I will be undergoing surgery tomorrow at New York-Presbyterian Hospital in New York City and I am not sure how long my recovery will be. By Order of this Court under Docket No. 46 the Plaintiff was to file Opposition Papers by September 2, 2026. The Defendants were to file Reply Papers by September 16, 2026. Because of my surgery tomorrow and unknown recovery time, subject to this Court's approval, Defendants have consented to extend Plaintiff's time to file Opposition papers to September 16, 2026 and the time for the Defendants to file Reply Papers would be September 30, 2026.

Accordingly, it is respectfully requested on consent of all Counsel that this Court So Order this Letter Motion to allow for the extensions of time set forth herein. Thank you for your consideration.

Granted. Best wishes to Mr. Lynch for a speedy recovery.

So Ordered.

8/24/26

Respectfully submitted.

Dennis E. A. Lynch

cc: Bleakley Platt & Schmidt and all Counsel (VIA PACER)